UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ASHLEY KEISLING, individually, and as a natural guardian for S.E. and C.E., minor children, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | No. 3:16-CV-589-TRM-HBG |
| AMANDA SAMMONS, *et al.,* ) ) ) | |
| Defendants. ) | |

## ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is a Motion to Withdraw as Counsel of Record for Plaintiff [Doc. 58], filed by Attorney Kathy Parrott. Attorney Parrott seeks to withdraw from representing Plaintiff Ashley Keisling, who has sued Defendants in her individual capacity and in her capacity as the natural guardian of two minor children. Attorney Parrott states that she provided a copy of the Motion to Plaintiff by email on April 10, 2018.

Pursuant to Local Rule 83.4, in order to withdraw from a case, an attorney must do the following:

> (1) File a motion with the Court requesting permission to withdraw as counsel of record;
>
> (2) Include in the motion the current mailing address and telephone number of the client;
>
> (3) Unless the motion is signed by both the attorney and the client or a consent to the withdrawal signed by the client is attached to the motion, provide a copy of the motion to the client at least 14 days prior to the date the motion is filed;

(4) If a hearing date on the motion is set, certify in writing to the Court that the client was served at least 7 days before the hearing with notice (i) of the date, time, and place of hearing and (ii) that the client as a right to appear and be heard on the motion; and

(5) Certify to the Court that the above requirements have been met.

The Court finds that Attorney Parrott's Motion to Withdraw complies with the Local Rule of this Court. Accordingly, the Court hereby **GRANTS** the Motion with Withdraw as Counsel of Record for Plaintiff [**Doc. 58**]. The Court expects Attorney Parrott to provide copies of any relevant documents to any future counsel for Plaintiff or directly to Plaintiff upon request. Attorney Parrott is **RELIEVED** of her duties as counsel in this case.

Plaintiff is hereby **ADMONISHED** that she is **DEEMED** to be proceeding pro se. Until she obtains substitute counsel, it is her obligation to stay up to date on the status of this case and comply with the deadlines set by the Court. Likewise, if she elects to proceed in this case without an attorney, she is responsible for complying with all deadlines set by the Court and responding to any requests for relief by other parties, *see* E.D. Tenn. L.R. 7.1. Plaintiff, like any other party, will be expected to comply with the Federal Rules of Civil Procedure, the Local Rules, and the Court's Orders. The Clerk of Court is **DIRECTED** to mail a copy of this Memorandum and Order to Plaintiff at the address provided in the Motion to Withdraw and to update ECF accordingly.

**IT IS SO ORDERED.**

ENTER:

*/s/ Bruce Guyton*
United States Magistrate Judge